

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2015

No. 04-14-00734-CV

Sandra **SAKS**, Lee Nick McFadin, III, and Margaret Landen Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to February 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Paul T. Curl                                        Philip M. Ross
Curl & Stahl, A Professional Corporation       Attorney At Law
700 North St. Mary's Street, Suite 1800        1006 Holbrook Road
San Antonio, TX 78205                            San Antonio, TX 78218